AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 JAN 13  AM 11: 12

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| Jesus Manuel Castaneda-Villa | ) Case No. 22MJ41 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 3, 2021__ in the county of __Dona Ana__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2119(1) | Whoever, with intent to cause death or serious bodily harm takes a motor vehicle that has been trasported or shipped in interstate or foreign commerce from the person or presence of another by forceand violence or by intimidation, or attempts to do so |
| 18 U.S.C. § 924(c)(1)(A)(ii), | for any person to use, carry, or brandish a firearm during and in relation to a federal carjacking offense. |

This criminal complaint is based on these facts:
See Attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Chafin Cox, FBI, Special Agent
*Printed name and title*

Sworn to before me via telephone. ~~and signed in my presence~~.

Date: 13 Jan 2022

*Judge's signature*

City and state: Las Cruces, New Mexico           Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

CRIMINAL COMPLAINT - CONTINUED

UNITED STATES OF AMERICA

V.

Jesus Manuel Castaneda-Villa

AFFIDAVIT

Your affiant, Chafin Cox, being duly sworn, state as follows under oath:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2018. I am currently assigned to the FBI's Albuquerque Division, Las Cruces Resident Agency where I am assigned to investigate criminal matters. By virtue of my employment with the FBI, I am authorized to conduct investigations into violations of federal laws, to include bank robberies, the trafficking of illegal narcotics, the illegal possession of firearms, and various federal criminal violations. My law enforcement training and experience includes, but is not limited to, conducting surveillance; interviewing subjects, victims and witnesses; writing affidavits for and executing search warrants; issuing administrative subpoenas; analyzing phone records, and financial records; as well as analyzing data derived from the use of pen registers, trap and trace devices; and supporting Title III investigations.

2. Your affiant, being duly sworn, states the following to be true and correct to the best of his knowledge and belief based upon his personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation Jesus Manuel Castaneda-Villa. The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation, but are only a summary of facts necessary to set forth probable cause in support of the criminal complaint and does not purport to set forth all of the affiant's knowledge regarding this investigation.

3. As a result of my training and experience as an FBI Special Agent, I am familiar with federal criminal laws and know that it is a violation of Title 18 United States Code 2119(1), for any

1

CRIMINAL COMPLAINT - CONTINUED

person who, with the intent to cause death or serious bodily harm takes a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation. I also know it is a violation of Title 18 United States Code 924(c)(1)(A)(ii), for any person to use, carry, or brandish a firearm during and in relation to a federal carjacking offense.

4. On or about January 11, 2022, FBI received information that Jesus Manuel Castaneda-Villa had been arrested for multiple violations of state law including aggravated assault and unlawful taking of a motor vehicle. I have learned that on or about December 3, 2021, an officer with the Las Cruces Police Department (LCPD) was dispatched to the La Quinta Hotel on Avenida de Mesilla in Las Cruces, New Mexico. Once there, he spoke to a female (hereinafter Victim 1), who was lying on the floor after suffering a closed fracture to her wrist. Victim 1 told The officer she had entered one of the hotel rooms and saw her ex-boyfriend, Castaneda-Villa. Victim 1 and Castaneda-Villa then began to argue. Victim 1 told an LCPD detective that Castaneda-Villa told Victim 1 that he was going to "put a fucking bullet through your head" and that Castaneda-Villa threw a toolbox at Victim 1. Castaneda-Villa called someone and asked the person to come pick him up but eventually told the individual that he was going to "take the keys right now." Castaneda-Villa demanded Victim 1's vehicle keys and when Victim 1 refused, Castaneda-Villa pointed a silver and black handgun at Victim 1's face. Victim 1 told LCPD officers that Castaneda-Villa took Victim 1's purse, cell phone and vehicle keys at gun point. Victim 1 also told an LCPD detective that while Castaneda-Villa was going through Victim 1's purse, Victim 1 jumped out an open window in the hotel room to escape and was injured. Castaneda-Villa then fled the scene in Victim 1's vehicle, a 2007 silver colored Lexus ES350, bearing license plate NM AZGB51. LCPD Officer Eduardo Salinas reviewed hotel security footage and observed a male matching the description of Castaneda Villa running toward the parking lot and then getting into a silver Lexus and leaving the property.

5. Based on my training and experience, I know that Lexus vehicles are not manufactured in the state of New Mexico. Specifically, the 2007 Silver Lexus ES350, license plate NM AZGB51,

CRIMINAL COMPLAINT - CONTINUED

is a 5th generation model that is assembled in Japan: Miyawaka, Fukuoka (Toyota Motor Kyushu).

6. This criminal complaint was approved by AUSA Marisa Ong.

_____
Chafin Cox
Special Agent
Federal Bureau of Investigation

Subscribed and telephonically sworn to me on this __13th__ day of January 2022.

_____
Honorable Gregory B. Wormuth
United States Magistrate Judge

3