# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )   CRIMINAL NO. 22-CR-635-KG |
| **JESUS MANUEL CASTANEDA-VILLA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

On this day, the Court considered Defendant Jesus Manuel Castaneda-Villa "Unopposed Motion for Extension of Time to File Objections and Corrections to Presentence Investigation Report" filed in the above-captioned cause on January 24, 2023. Therein, Mr. Castaneda-Villa requests an extension of time to March 17, 2023, to respond to the Presentence Report. After due consideration, the Court is of the opinion that the instant Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that the "Unopposed Motion for Extension of Time to File Objections and Corrections to Presentence Investigation Report" is **GRANTED.**

**IT IS FURTHERED ORDERED** that the Defendant shall submit any objections or corrections to the Presentence Report in writing to the U.S. Probation Office, Las Cruces, NM, no later than 5:00 p.m. on March 17, 2023.

_____
UNITED STATES DISTRICT JUDGE